UNITED STATES of America, Appellee,

v.

Julian CASTANEDA, Appellant.

No. 06–1712.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 2, 2007.

Filed: Feb. 9, 2007.

Elizabeth C.L. Peterson, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Arthur Ray Martinez, Arthur R. Martinez, P.A., Minneapolis, MN, for Appellant.

Julian Castaneda, Sandstone, MN, pro se.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

---

1. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

[UNPUBLISHED]

PER CURIAM.

Julian Castaneda appeals the 140–month prison sentence the district court[1] imposed following this court's remand for resentencing under *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), in which he seeks leave to withdraw. We conclude the sentence was not unreasonable. *See United States v. Bryant*, 446 F.3d 1317, 1319 (8th Cir.2006) (when there is no dispute about applicable Guidelines range, appeals court considers whether sentence imposed is reasonable in light of 18 U.S.C. § 3553(a) factors). Further, after our review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel leave to withdraw, and we affirm the sentence.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.